**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Fly7 Installations LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  We Fly High** <br> **DBA  Fly7 Installations** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **85-1951565** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1244 Executive Blvd., Suite A111** <br> **Chesapeake, VA 23320** <br> Number, Street, City, State & ZIP Code | **4113 Lakeview Dr.** <br> **Chesapeake, VA 23323** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Chesapeake City** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **https://sites.google.com/fly7installations.com/fly7installations**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Fly7 Installations LLC | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4841__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Fly7 Installations LLC**                                                  Case number (*if known*)
         Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____ When _____    Case number, if known _____

**11.** **Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

         Contact name _____

         Phone _____

███ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor    **Fly7 Installations LLC**
    Name                                                                                    Case number (*if known*)

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Fly7 Installations LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **March  7, 2025**
MM / DD / YYYY

**X** **/s/ Jada Rose Hamlett**                                    **Jada Rose Hamlett**
Signature of authorized representative of debtor          Printed name

Title     **Owner**

**18. Signature of attorney**

**X** **/s/ Carolyn Bedi**                         Date  **March  7, 2025**
Signature of attorney for debtor                          MM / DD / YYYY

**Carolyn Bedi**
Printed name

**Bedi Legal, P.C.**
Firm name

**1305 Executive Blvd, Suite 110**
**Chesapeake, VA 23320**
Number, Street, City, State & ZIP Code

Contact phone   **757-222-5842**          Email address   **carolyn@bedilegal.com**

**90545 VA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **Fly7 Installations LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March  7, 2025**          X */s/ Jada Rose Hamlett*
                                          Signature of individual signing on behalf of debtor

                                          **Jada Rose Hamlett**
                                          Printed name

                                          **Owner**
                                          Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Fly7 Installations LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF VIRGINIA**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Amex American Express PO Box 6031 Carol Stream, IL 60197** | | **Account Balance** | | | | **$5,799.00** |
| **Blade Funding 1 Whispering Pines Lane Lakewood, NJ 08701** | | **UCC Financing Statement** | | **$27,500.00** | **$1,200.00** | **$26,300.00** |
| **Chase c/o James Dimon, CEO 270 Park Ave., 39th Floor New York, NY 10017** | | **Account Balance** | | | | **$34,383.00** |
| **Credential Leasing P.O. Box 5796 Harrisburg, PA 17110** | | **2020 Freightliner M2; 2019 Freightliner M2** | | **$61,082.71** | **$41,900.00** | **$19,182.71** |
| **Finvest 77 Spruce St. Suite 204 Woodmere, NY 11516** | **uccfilingreturn@wolterskluwer.com** | **UCC Financing Statement** | | **$51,187.50** | **$1,200.00** | **$49,987.50** |
| **LG Funding LLC 1218 Union St. Brooklyn, NY 11225** | **sprs@ficoso.com** | **UCC Financing Statement** | | **$65,220.00** | **$0.00** | **$65,220.00** |
| **LiteFund 99 Wall Street Suite 2613 New York, NY 10005** | | **UCC Financing Statement** | | **$58,000.00** | **$1,200.00** | **$56,800.00** |
| **North Mill Credit Trust 601 Merritt 7 #5 Norwalk, CT 06851** | | **2020 International MV607 Truck, 2017 International 4300 Truck, and 2018 International 4300 Truck** | | **$47,394.50** | **$36,750.00** | **$10,644.50** |

Debtor  **Fly7 Installations LLC**
     Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Northeast Bank**<br>**1 Marina Park Drive**<br>**FL 8**<br>**Boston, MA 02210** | **uccfilingreturn@wolterskluwer.com** | **UCC Financing Statement** | | **$139,000.00** | **$0.00** | **$139,000.00** |
| **On Deck**<br>**4700 W. Daybreak Pkwy.**<br>**Suite 200**<br>**UT 84009** | **sprfiling@cscglobal.com** | **UCC Financing Statement** | | **$51,000.00** | **$0.00** | **$51,000.00** |
| **Top Mark Funding**<br>**516 Gibson Dr.**<br>**#160**<br>**Roseville, CA 95678** | | **Equipment Finance Agreement (2020 Freightliner M2106)** | | **$89,010.00** | **$47,394.50** | **$41,615.50** |

**Fill in this information to identify the case:**

Debtor name        **Fly7 Installations LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*........................................................    $                     0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.....................................................    $            308,474.76

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................    $            308,474.76

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $            589,394.71

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $                     0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$            40,182.00

4.    Total liabilities ...........................................................................
   Lines 2 + 3a + 3b                                                                        $            629,576.71

**Fill in this information to identify the case:**

Debtor name    **Fly7 Installations LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Truist** | **Checking** | **6047** | **$2,116.26** |
| 3.2. | **Truist** | **Checking** | **4596** | **$0.00** |
| 3.3. | **Square** | **Online Payment Processing Account** | | **$1,200.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$3,316.26**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

Debtor   **Fly7 Installations LLC**                                    Case number *(If known)* _____
_____
Name

| 7.1. | **Security Deposit** | $2,300.00 |

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.   **Total of Part 2.**                                                                 | $2,300.00 |
Add lines 7 through 8. Copy the total to line 81.

**Part 3:      Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

11a. 90 days old or less:        **68,949.00**   -   **0.00**   = ....   | $68,949.00 |
face amount        doubtful or uncollectible accounts

12.      **Total of Part 3.**                                                             | $68,949.00 |
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:      Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:      Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** **7 active contracts (no value until work is completed, future anticipated earnings not included in valuation)** | | $0.00 | Revenue based | $0.00 |

21.      **Finished goods, including goods held for resale**

22.      **Other inventory or supplies**

23.      **Total of Part 5.**                                                             | $0.00 |
Add lines 19 through 22.  Copy the total to line 84.

Debtor    **Fly7 Installations LLC**                                    Case number *(If known)*  _____
         Name

24.  **Is any of the property listed in Part 5 perishable?**
     ■ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value  _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Desks, office chairs, conference table, miscellaneous office decor | $0.00 | Liquidation | $3,000.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** 3 Laptops, 2 printers | $0.00 | Liquidation | $1,200.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.  **Total of Part 7.**
     Add lines 39 through 42.  Copy the total to line 86.                              | $4,200.00 |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| Debtor | **Fly7 Installations LLC** | Case number *(If known)* | |
| --- | --- | --- | --- |
| | Name | | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |

**47.**  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
| --- | --- | --- | --- | --- |
| 47.1. | **2020 Freightliner M2106** | $0.00 | Comparable sale | $47,394.50 |
| 47.2. | **2020 Freightliner M2** | $0.00 | Comparable sale | $41,900.00 |
| 47.3. | **2019 Freightliner M2** | $0.00 | Comparable sale | $39,100.00 |
| 47.4. | **2015 Chevrolet Express G350 Truck** | $0.00 | Comparable sale | $6,000.00 |
| 47.5. | **2014 Chevrolet Express G250 Cargo Van** | $0.00 | Comparable sale | $5,165.00 |
| 47.6. | **2020 International MV607 Truck** | $0.00 | Comparable sale | $36,750.00 |
| 47.7. | **2017 International 4300 Truck** | $0.00 | Comparable sale | $25,900.00 |
| 47.8. | **2018 International 4300 Truck** | $0.00 | Comparable sale | $27,500.00 |

**48.**  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.**  **Aircraft and accessories**

**50.**  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.**  **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $229,709.50 |
| --- |

**52.**  **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.**  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

Debtor   **Fly7 Installations LLC**
Name

Case number *(If known)*

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites https://sites.google.com/fly7installations.com/fly7installations** | $0.00 | Replacement | $0.00 |
| 62. **Licenses, franchises, and royalties City of Chesapeake business license** | $0.00 | Replacement | $0.00 |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

$0.00

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Fly7 Installations LLC**                                          Case number *(If known)* _____
           Name

<table>
<tr><td colspan="2">Part 12:</td><td>Summary</td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,316.26 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,300.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $68,949.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,200.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $229,709.50 | |
| 88. **Real property.** *Copy line 56, Part 9*..........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $308,474.76 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $308,474.76 |

**Fill in this information to identify the case:**

Debtor name    **Fly7 Installations LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Blade Funding** | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien **UCC Financing Statement Filed 01/08/2025** | **$27,500.00** | **$1,200.00** |

**1 Whispering Pines Lane**
**Lakewood, NJ 08701**

Creditor's mailing address

Describe the lien
**UCC Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**various**

**Last 4 digits of account number**
**unknown**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Credential Leasing** | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien **2020 Freightliner M2; 2019 Freightliner M2** | **$61,082.71** | **$41,900.00** |

**P.O. Box 5796**
**Harrisburg, PA 17110**

Creditor's mailing address

Describe the lien
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**04/2023**

**Last 4 digits of account number**
**2301**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Fly7 Installations LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Finvest** | Describe debtor's property that is subject to a lien | $51,187.50 | $1,200.00 |
|---|---|---|---|---|

Creditor's Name

**77 Spruce St.
Suite 204
Woodmere, NY 11516**

Creditor's mailing address

**uccfilingreturn@woltersklu
wer.com**

Creditor's email address, if known

**Date debt was incurred**

**2/2025**

**Last 4 digits of account number**

**9768**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**UCC Financing Statement Filed 02/11/2025**

**Describe the lien**

**UCC Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **LG Funding LLC** | Describe debtor's property that is subject to a lien | $65,220.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1218 Union St.
Brooklyn, NY 11225**

Creditor's mailing address

**sprs@ficoso.com**

Creditor's email address, if known

**Date debt was incurred**

**10/2024**

**Last 4 digits of account number**

**5631**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**UCC Financing Statement Filed 10/02/2024**

**Describe the lien**

**UCC Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **LiteFund** | Describe debtor's property that is subject to a lien | $58,000.00 | $1,200.00 |
|---|---|---|---|---|

Creditor's Name

**99 Wall Street
Suite 2613
New York, NY 10005**

Creditor's mailing address

**UCC Financing Statement Filed 01/30/2025**

**Describe the lien**

**UCC Lien**

**Is the creditor an insider or related party?**

☑ No

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 2 of 5

Debtor    **Fly7 Installations LLC**

Name

Case number (if known) _____

Creditor's email address, if known _____

**Date debt was incurred**

**1/2025**

**Last 4 digits of account number**

**3370**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **North Mill Credit Trust** | Describe debtor's property that is subject to a lien | $47,394.50 | $36,750.00 |
|---|---|---|---|---|

Creditor's Name

**601 Merritt 7**
**#5**
**Norwalk, CT 06851**

Creditor's mailing address

**2020 International MV607 Truck, 2017 International 4300 Truck, and 2018 International 4300 Truck**

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known _____

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**09/2023**

**Last 4 digits of account number**

**3586**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Northeast Bank** | Describe debtor's property that is subject to a lien | $139,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1 Marina Park Drive FL 8**
**Boston, MA 02210**

Creditor's mailing address

**UCC Financing Statement Filed 09/20/2023**

**Describe the lien**

**UCC Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**uccfilingreturn@wolterskluwer.com**

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**09/2023**

**Last 4 digits of account number**

**1966**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.8 | **On Deck** | Describe debtor's property that is subject to a lien | $51,000.00 | $0.00 |
|---|---|---|---|---|

| Debtor | **Fly7 Installations LLC** | Case number (if known) | |
|---|---|---|---|

---

Creditor's Name

**4700 W. Daybreak Pkwy.
Suite 200
UT 84009**

Creditor's mailing address

**sprfiling@cscglobal.com**

Creditor's email address, if known

**Date debt was incurred**

**05/2024**

**Last 4 digits of account number**

**1168**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**UCC Financing Statement Filed 05/22/2024**

**Describe the lien**

**UCC Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.9 | **Top Mark Funding** | Describe debtor's property that is subject to a lien | $89,010.00 | $47,394.50 |
|---|---|---|---|---|

Creditor's Name

**516 Gibson Dr.
#160
Roseville, CA 95678**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**01/2024**

**Last 4 digits of account number**

**0382**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2020 Freightliner M2106**

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $589,394.71 |

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Attorney General
US Dept. of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001** | Line   **2.7** | |

---

| Debtor | **Fly7 Installations LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **C T Corporation System**<br>33 N Brand Blvd.<br>Glendale, CA 91203 | Line  **2.1** | |
| **C T Corporation System**<br>33 N Brand Blvd.<br>Glendale, CA 91203 | Line  **2.5** | |
| **C T Corporation System**<br>33 N Brand Blvd.<br>Glendale, CA 91203 | Line  **2.3** | |
| **Corporation Service Company**<br>P.O. Box 2576<br>Springfield, IL 62708 | Line  **2.8** | |
| **Daniel Dayan, Esq.**<br>266 Broadway<br>Ste. 401<br>Tarrytown, NY 10591 | Line  **2.5** | |
| **Erik S. Siebert, US Attorney**<br>US Attorney's Office<br>101 W Main Street, Ste 8000<br>Norfolk, VA 23510-1671 | Line  **2.7** | |
| **Ershowsky Verstandig PLLC**<br>290 Central Ave., Suite 109<br>Lawrence, NY 11559 | Line  **2.3** | |
| **First Corporate Solutions Inc.**<br>914 S Street<br>Sacramento, CA 95811 | Line  **2.4** | |
| **First Corporate Solutions Inc.**<br>914 S Street<br>Sacramento, CA 95811 | Line  **2.1** | **5179** |
| **Lien Solutions**<br>P.O. Box 29071<br>Glendale, CA 91209 | Line  **2.7** | |
| **Lien Solutions**<br>P.O. Box 29071<br>Glendale, CA 91209 | Line  **2.1** | |
| **Lien Solutions**<br>P.O. Box 29071<br>Glendale, CA 91209 | Line  **2.3** | |
| **Newity**<br>1123 W Washington Blvd.<br>Chicago, IL 60607 | Line  **2.7** | |
| **SBA**<br>500 E Main Street<br>#700<br>Norfolk, VA 23510 | Line  **2.7** | |

**Fill in this information to identify the case:**

Debtor name   **Fly7 Installations LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,799.00** |
|---|---|---|---|

**Amex**
**American Express**
**PO Box 6031**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **various**

Basis for the claim:   **Account Balance**

Last 4 digits of account number   **unknown**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,383.00** |
|---|---|---|---|

**Chase**
**c/o James Dimon, CEO**
**270 Park Ave., 39th Floor**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **various**

Basis for the claim:   **Account Balance**

Last 4 digits of account number   **unknown**

Is the claim subject to offset? ☑ No  ☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.



|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 40,182.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 40,182.00 |

**Fill in this information to identify the case:**

Debtor name     **Fly7 Installations LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Delivery Contract** | |
| State the term remaining    **ongoing** | **CRST The Transportation Soluti<br>201 1st Street SE, Suite 400<br>Cedar Rapids, IA 52401** |
| List the contract number of any government contract | |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest    **Broker/Carrier Agreement** | |
| State the term remaining    **ongoing** | **Diakon Logistics Inc.<br>170 W Shirley Ave.<br>Suite 203<br>Warrenton, VA 20186** |
| List the contract number of any government contract | |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest    **Independent Contractor Agreement** | |
| State the term remaining    **ongoing** | **East Coast Appliance<br>400 N Military Hwy.<br>Norfolk, VA 23502** |
| List the contract number of any government contract | |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest    **Installation Contract** | |
| State the term remaining    **ongoing** | **Front Door<br>3400 Players Club Pkwy.<br>Suite 300<br>Memphis, TN 38125** |
| List the contract number of any government contract | |

Debtor 1   **Fly7 Installations LLC**

First Name         Middle Name         Last Name

Case number *(if known)* _____

---

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease** | |
|---|---|---|---|
| | State the term remaining | **13 months** | **MDR Greenbrier, LLC** **James Center Three** **1051 E Cary St. Ste. 601** **Richmond, VA 23219** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Standard Contract (procurement)** | |
|---|---|---|---|
| | State the term remaining | **7 months** | **Old Dominion University** **2002 Rollins Hall** **1 Old Dominion University** **Norfolk, VA 23529** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance Contract** | |
|---|---|---|---|
| | State the term remaining | **ongoing** | **Renters Warehouse Hampton Road** **1354 Kempsville Rd Suite - 102** **Chesapeake, VA 23320** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Delivery Service Agreement** | |
|---|---|---|---|
| | State the term remaining | **ongoing** | **XPO Last Mile, Inc.** **1851 West Oak Parkway** **Suite 100** **Marietta, GA 30062** |
| | List the contract number of any government contract | | |

---

| Fill in this information to identify the case: |
|---|
| Debtor name    **Fly7 Installations LLC** |
| United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA |
| Case number (if known) |

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1  **Jada Hamlett** | **4113 Lakeview Dr. Chesapeake, VA 23323 Owner** | **Amex** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.2  **Jada Hamlett** | **4113 Lakeview Dr. Chesapeake, VA 23323 Owner** | **Blade Funding** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3  **Jada Hamlett** | **4113 Lakeview Dr. Chesapeake, VA 23323 Owner** | **LiteFund** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.4  **Jada Hamlett** | **4113 Lakeview Dr. Chesapeake, VA 23323** | **Finvest** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.5  **Jada Hamlett** | **4113 Lakeview Dr. Chesapeake, VA 23323** | **On Deck** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Fly7 Installations LLC** | Case number *(if known)* | |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Precise Solution Services LLC** | 1244 Executive Blvd., Suite A111 Chesapeake, VA 23320 co- debtor | **LiteFund** | ▪ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.7 | **Precise Solution Services LLC** | 1244 Executive Blvd., Suite A111 Chesapeake, VA 23320 co-debtor | **Blade Funding** | ▪ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.8 | **Precise Solution Services LLC** | 1244 Executive Blvd., Suite A111 Chesapeake, VA 23320 co-debtor | **Finvest** | ▪ D __2.3__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Fly7 Installations LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF VIRGINIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From  **1/01/2025** to **Filing Date** | ■ Operating a business ☐ Other _____ | $224,209.60 |
   | **For prior year:** From  **1/01/2024** to **12/31/2024** | ■ Operating a business ☐ Other _____ | $2,850,912.11 |
   | **For year before that:** From  **1/01/2023** to **12/31/2023** | ■ Operating a business ☐ Other _____ | $4,025,258.87 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   |---|---|---|---|

Debtor **Fly7 Installations LLC**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **On Deck**<br>**4700 W. Daybreak Pkwy.**<br>**Suite 200**<br>**South Jordan, UT 84009** | **Weekly payments through January 2025** | $14,892.16 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **North Mill Credit Trust**<br>**601 Merritt 7**<br>**#5**<br>**Norwalk, CT 06851** | **Monthly Payments** | $7,755.07 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **LG Funding LLC**<br>**1218 Union St.**<br>**Brooklyn, NY 11225** | **Weekly Payments** | $18,640.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Finvest**<br>**77 Spruce St.**<br>**Suite 204**<br>**Woodmere, NY 11516** | **Weekly Payments** | $22,050.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

Debtor **Fly7 Installations LLC** _____   Case number *(if known)* _____

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Blade**<br>**1 Whispering Pines Lane**<br>**Lakewood, NJ 08701** | **took funds involuntarily from bank account**<br>Last 4 digits of account number: ___9853___ | **various**<br>**January 2025** | $914.82 |

---

**Part 3:    Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Blade Funding**<br>**v.**<br>**Fly 7 Installations LLC**<br>**E2025003132** | **Lawsuit** | **Monroe County Supreme Court**<br>**99 Exchange Blvd.**<br>**#545**<br>**Rochester, NY 14614** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **NICHOLAS CHERRY**<br>**V**<br>**FLY7 INSTALLATIONS**<br>**and**<br>**ERIE INSURANCE PROPERTY**<br>**& CASUALTY CO.**<br>**VA00002216721** | **Ongoing Worker's Compensation Claim** | **Virginia Workers'**<br>**Compensation Commissio**<br>**281 Independence Blvd.**<br>**Pembroke One, Ste 130**<br>**Virginia Beach, VA 23462** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

| Debtor | **Fly7 Installations LLC** | Case number *(if known)* |
|---|---|---|

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bedi Legal, P.C.**<br>**1305 Executive Blvd, Suite 110**<br>**Chesapeake, VA 23320** | **$4,585.00 Attorney Fees billed against funds held in escrow**<br>**$1738.00 Court Costs** | **3/7/2025, 3/8/2025** | **$6,323.00** |
| | Email or website address<br>**carolyn@bedilegal.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **313 Grain Way.**<br>**Chesapeake, VA 23323** | **2020-2021** |
| 14.2. | **4113 Lakeview Dr.**<br>**Chesapeake, VA 23323** | **2021-2023** |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

| Debtor | **Fly7 Installations LLC** | Case number *(if known)* |
|---|---|---|

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Truist Bank**<br>**214 N. Tryon St.**<br>**Charlotte, NC 28202** | **XXXX-9853** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 2/1/2025 | $0.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

| Debtor | **Fly7 Installations LLC** | Case number *(if known)* | |
|---|---|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:    Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|

Debtor   **Fly7 Installations LLC**                                    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Kelvin W. Arthur, CPA** <br> **5265 Providence Rd.,** <br> **Suite 400** <br> **Virginia Beach, VA 23464** | **2022-Present** |
| 26a.2.   **Bri Smith, CPA** <br> **B.D. Financial Services** <br> **1832 Kempsville Rd.** <br> **Suite 112 #41** <br> **Virginia Beach, VA 23464** | **11/2024-01/2025** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Kelvin W. Arthur, CPA** <br> **5265 Providence Rd.,** <br> **Suite 400** <br> **Virginia Beach, VA 23464** | **2022-Present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **Bri Smith, CPA** <br> **B.D. Financial Services** <br> **1832 Kempsville Rd.** <br> **Suite 112 #41** <br> **Virginia Beach, VA 23464** | **11/2024-01/2025** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Kelvin W. Arthur, CPA** <br> **5265 Providence Rd.,** <br> **Suite 400** <br> **Virginia Beach, VA 23464** | |
| 26c.2.   **Jada Hamlett** <br> **4113 Lakeview Dr.** <br> **Chesapeake, VA 23323** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Truist Bank** <br> **214 N. Tryon St.** <br> **Charlotte, NC 28202** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

Debtor   **Fly7 Installations LLC**                                   Case number *(if known)*

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jada Hamlett | 4113 Lakeview Dr. Chesapeake, VA 23323 | Owner/President | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Jada Hamlett 4113 Lakeview Dr. Chesapeake, VA 23323 | $91,961.45 | 01/2024-03/07/2025 | Gross Salary for 2024 and through 3/7/2025 |
| | **Relationship to debtor** Owner | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Fly7 Installations LLC**                                    Case number *(if known)*

---

**Part 14:**   Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  7, 2025**

**/s/ Jada Rose Hamlett**                                    **Jada Rose Hamlett**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **Fly7 Installations LLC**
_____
Debtor(s)

Case No. _____

Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **Billing Hourly** |
| Prior to the filing of this statement I have received | $ | **$6,323.00 (of the retainer amount, $4,585.00  paid for attorney's fees and $1,738.00 paid for filing fee cost - remainder of $18,677.00 remains in trust)** |
| Balance Due | $ | **Billing Hourly** |

2. The source of the compensation paid to me was:

   ☑ Debtor    ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Other provisions as needed:
      **All work as appropriate**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Nothing excluded**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March  8, 2025**
_____
Date

**/s/ Carolyn Bedi**
_____
**Carolyn Bedi**
Signature of Attorney

**Bedi Legal, P.C.**
_____
Name of Law Firm
**1305 Executive Blvd, Suite 110**
**Chesapeake, VA 23320**
**757-222-5842  Fax: 757-671-1682**

# United States Bankruptcy Court
### Eastern District of Virginia

In re   **Fly7 Installations LLC** _____   Case No. _____
                   Debtor(s)    Chapter   **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jada Hamlett**<br>**4113 Lakeview Dr.**<br>**Chesapeake, VA 23323** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March  7, 2025** _____     Signature   **/s/ Jada Rose Hamlett** _____
                                                       **Jada Rose Hamlett**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

Amex
American Express
PO Box 6031
Carol Stream, IL 60197


Attorney General
US Dept. of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001


Blade Funding
1 Whispering Pines Lane
Lakewood, NJ 08701


C T Corporation System
33 N Brand Blvd.
Glendale, CA 91203


Chase
c/o James Dimon, CEO
270 Park Ave., 39th Floor
New York, NY 10017


Corporation Service Company
P.O. Box 2576
Springfield, IL 62708


Credential Leasing
P.O. Box 5796
Harrisburg, PA 17110


CRST The Transportation Soluti
201 1st Street SE, Suite 400
Cedar Rapids, IA 52401


Daniel Dayan, Esq.
266 Broadway
Ste. 401
Tarrytown, NY 10591


Diakon Logistics Inc.
170 W Shirley Ave.
Suite 203
Warrenton, VA 20186

East Coast Appliance
400 N Military Hwy.
Norfolk, VA 23502


Erik S. Siebert, US Attorney
US Attorney's Office
101 W Main Street, Ste 8000
Norfolk, VA 23510-1671


Ershowsky Verstandig PLLC
290 Central Ave., Suite 109
Lawrence, NY 11559


Finvest
77 Spruce St.
Suite 204
Woodmere, NY 11516


First Corporate Solutions Inc.
914 S Street
Sacramento, CA 95811


Front Door
3400 Players Club Pkwy.
Suite 300
Memphis, TN 38125


LG Funding LLC
1218 Union St.
Brooklyn, NY 11225


Lien Solutions
P.O. Box 29071
Glendale, CA 91209


LiteFund
99 Wall Street
Suite 2613
New York, NY 10005


MDR Greenbrier, LLC
James Center Three
1051 E Cary St. Ste. 601
Richmond, VA 23219

```
Newity
1123 W Washington Blvd.
Chicago, IL 60607


North Mill Credit Trust
601 Merritt 7
#5
Norwalk, CT 06851


Northeast Bank
1 Marina Park Drive FL 8
Boston, MA 02210


Old Dominion University
2002 Rollins Hall
1 Old Dominion University
Norfolk, VA 23529


On Deck
4700 W. Daybreak Pkwy.
Suite 200
UT 84009


Renters Warehouse Hampton Road
1354 Kempsville Rd Suite - 102
Chesapeake, VA 23320


SBA
500 E Main Street
#700
Norfolk, VA 23510


Top Mark Funding
516 Gibson Dr.
#160
Roseville, CA 95678


XPO Last Mile, Inc.
1851 West Oak Parkway
Suite 100
Marietta, GA 30062
```

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Fly7 Installations LLC** _____

Debtor(s)

Case No. _____

Chapter    **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __**Fly7 Installations LLC**__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March  7, 2025** _____

Date

**/s/ Carolyn Bedi** _____

**Carolyn Bedi**

Signature of Attorney or Litigant

Counsel for    **Fly7 Installations LLC** _____

**Bedi Legal, P.C.**
**1305 Executive Blvd, Suite 110**
**Chesapeake, VA 23320**
**757-222-5842 Fax:757-671-1682**
**carolyn@bedilegal.com**